■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GOCHNOUR, Appellant. [854 NYS2d 651]—

Appeal by the defendant from an order of the Supreme Court, Richmond County (Rooney, J.), dated August 22, 2006, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court properly assessed points for his failure to accept responsibility for his offense (*see People v Gonzalez,* 48 AD3d 226 [2008]; *People v Dubuque,* 35 AD3d 1011 [2006]).

Furthermore, the defendant failed to show by clear and convincing evidence that there existed mitigating circumstances of a kind or to a degree not otherwise taken into account by the risk assessment instrument, which warranted a downward departure from his presumptive risk level designation (*see People v Marin,* 48 AD3d 535 [2008]; *People v Taylor,* 48 AD3d 775 [2008]; *People v Galligan,* 41 AD3d 683 [2007]). Accordingly, the court providently exercised its discretion in designating him a level two sex offender (*id.*). Skelos, J.P., Covello, Eng and Leventhal, JJ., concur.